# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                NO. 4:21-po-00041-JJV-1

WAYNE LARUE                                                     DEFENDANT

## **ORDER and JUDGMENT**

On the 15th day of March 2022, this case came before the Court for resumption of the bench trial in this matter. The government was represented by Michael T. Geiselhart, Deanna Ray, and Chris Givens. Wayne LaRue appeared in person and with his attorney, Patrick R. James.

Following witness testimony and argument from counsel, the Court found the defendant guilty of Destruction of Public Property, in violation of 36 CFR 327.14(a), as cited in CVB Ticket No. 9327008. The defendant was ordered to pay the fine in the amount of $250 plus $30 court costs.

IT IS SO ORDERED this 28th day of March, 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE